Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICARDO GUTIERREZ-SUAREZ and<br>JOSE GUADALUPE CISNEROS-RIVAS,<br><br>Defendants. | NO. CR20-140 RAJ<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DATES |

This matter having come before the Court on the parties' stipulated motion for a continuance of the trial date and the pretrial motions due date, and the Court having considered the facts set forth in the motion and the records and files herein, as well as the General Orders of this Court, including General Order 18-20, the Court finds as follows:

The Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and defendants in a speedy trial.

1.  A failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv). In addition, the failure to grant a continuance in the proceeding would likely result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

Order Granting Stip. Mot. to Continue Trial – 1
CR20-140 RAJ/*Gutierrez-Suarez et al.*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2. The ends of justice will be served by ordering a continuance in this case, as a continuance is necessary to ensure adequate time for the defense to review discovery and effectively prepare for trial. All these factors outweigh the best interests of the public and defendants in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7).

IT IS THEREFORE ORDERED that the parties' Stipulated Motion (Dkt. #33 ) is GRANTED.  The trial date is continued from March 22, 2021, to August 16, 2021.  All pretrial motions, including motions in limine, shall be filed no later than July 8, 2021.

IT IS FURTHER ORDERED that the resulting period of delay from the date of this order to the new trial date of August 16, 2021, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

DATED this 29th day of January, 2021.

*Richard A. Jones*
———————————————
The Honorable Richard A. Jones
United States District Judge

Order Granting Stip. Mot. to Continue Trial – 2
CR20-140 RAJ/*Gutierrez-Suarez et al.*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970