Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

RICARDO GUTIERREZ-SUAREZ and JOSE GUADALUPE CISNEROS-RIVAS,

Defendants.

No. CR20-140 RAJ

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE

This matter having come before the Court on the parties' stipulated motion for a continuance of the trial date and the pretrial motions deadline, and the Court having considered the facts set forth in the motion and the records and files herein, as well as the General Orders of this Court, the Court finds as follows:

The Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and defendants in a speedy trial.

1. A failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv). In addition, the failure to grant a
ORDER GRANTING STIPULATED MOTION TO CONTINUE – 1
*United States v. Gutierrez-Suarez et al.*, CR20-140 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  continuance in the proceeding would likely result in a miscarriage of justice, within the
2  meaning of 18 U.S.C. § 3161(h)(7)(B)(i).
3       2.   The ends of justice will be served by ordering a continuance in this case, as a
4  continuance is necessary to ensure adequate time for the defense to review discovery and
5  effectively prepare for trial. All these factors outweigh the best interests of the public and
6  defendants in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7).
7       IT IS THEREFORE ORDERED that the parties' stipulated motion (Dkt. # 41) is
8  GRANTED.  The trial date shall be continued from November 29, 2021, to January 24,
9  2022.  All pretrial motions, including motions in limine, shall be filed no later than
10 December 2, 2021.
11      IT IS FURTHER ORDERED that the resulting period of delay from the date of this
12 order to the new trial date of January 24, 2022, is hereby excluded for speedy trial purposes
13 under 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

       DATED this 12th day of October, 2021.

                                  _____
                                  The Honorable Richard A. Jones
                                  United States District Judge

ORDER GRANTING STIPULATED MOTION TO CONTINUE – 2
*United States v. Gutierrez-Suarez et al.*, CR20-140 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970