Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RICARDO GUTIERREZ-SUAREZ <br><br> Defendant. | NO. 2:20-cr-140-RAJ <br><br> ORDER GRANTING MOTION TO SEAL |

Having reviewed the United States' unopposed Motion to Seal, and because of the sensitive information contained in the United States' sentencing memorandum, it is hereby ORDERED that the United States' unopposed Motion to Seal (Dkt. 67) is GRANTED. The United States' sentencing memorandum and accompanying exhibits (Dkt. 65) shall remain sealed.

DATED this 15th day of April, 2022.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL
*United States v. Gutierrez-Suarez* / 2:20-cr-00140-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970