Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RICARDO GUTIERREZ-SUAREZ <br><br> Defendant. | NO. 2:20-cr-140-RAJ <br><br> ORDER GRANTING MOTION TO SEAL |

Having reviewed the United States' Motion to Seal, and because of the sensitive medical information contained in Exhibit 4 to the United States' supplement to its sentencing memorandum, it is hereby ORDERED that the United States' Motion to Seal (Dkt. 71) is GRANTED.  Exhibit 4 (Dkt. 72) shall remain sealed.

DATED this 15th day of April, 2022.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL
*United States v. Gutierrez-Suarez* / 2:20-cr-00140-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970